UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


BEVERLY MARSHALL,                    )
                    Plaintiff,       )
                                     )
v.                                   )        **JUDGMENT**
                                     )
                                     )        No. 5:20-CV-55-FL
ANDREW SAUL, Commissioner of         )
Social Security,                     )
                    Defendant.       )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 29, 2021, it is ordered that defendant pay to plaintiff $4,202.50 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on January 29, 2021, and Copies To:**
Vaughn Stephen Clauson  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

January 29, 2021                    PETER A. MOORE, JR., CLERK


                                      /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk